IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NOs.: 5:08CV52-V; 5:08CV53-V

| | | |
|---|---|---|
| In re: JOHN ROBERT MULLINS, ) | | |
|       Debtor. ) | *Bankruptcy Case No.:* 98-50517 | |
|        ) | | |
| _____) | | |
| | | |
| BARRETT CRAWFORD, ) | *Adversary Proceeding No.:* 01-05013 | |
|       Trustee / Plaintiff, ) | | |
|        ) | | |
|       v. ) | | |
|        ) | | |
| DOUBLE C CLUBS, INC., ) | | |
| VERO INVESTMENTS, L.C., ) | | |
| CAPITAL CLUBS OF WV, INC., ) | | |
| JOHN ROBERT MULLINS, ) | | |
| CHARLES ROBERT MULLINS, ) | | |
| CHARLES ROBERT MULLINS TRUST ) | | |
| (Kentucky), ) | | |
| ROBERT TATUM, ) | | |
| MARTY STOKES, ) | | |
| ROB ADDISON, and ) | | |
| BRYAN TIPTON, a/k/a Bryon Tipton, ) | | |
|       Defendants. ) | | |
| _____) | | |
| | | |
| BRYAN TIPTON, ) | *District Court No.:* 5:08CV52 | |
|       Appellant, ) | | |
|        ) | | |
|       v. ) | | |
|        ) | | |
| BARRETT L. CRAWFORD, ) | | |
|       Appellee / Trustee. ) | | |
| _____) | | |
| | | |
| CHARLES ROBERT MULLINS, ) | *District Court No.:* 5:08CV53 | |
|       Appellant, ) | | |
|        ) | | |
|       v. ) | | |
|        ) | | |
| BARRETT L. CRAWFORD, ) | | |
|       Appellee / Trustee. ) | | |
| _____) | | |

**THIS MATTER** is before the Court on its own motion for purposes of consolidating the above-captioned civil actions for purposes of Defendants' appeals to the district court arising out of Adversary Proceeding No.: 01-5013.

Both Appellants (Adversary Proceeding Defendants) Bryan Tipton and Charles Robert Mullins challenge the Findings of Fact and Conclusions of Law issued by U.S. Bankruptcy Judge, J. Craig Whitley, on May 13, 2008, as well as Final Judgment entered the same day. (Adversary No.: 01-5013 / Documents ##162, 163)

After an initial review of the relevant filings, the Court finds that common questions of law are presented. *See* Fed. R. Civ. P. 42(a); Advisory Committee Notes to Fed. R. Bankr. 8002 ("The district courts . . . have inherent authority to consolidate appeals.") For this reason, the Court, in its discretion, will consolidate both appeals in the interest of the efficient administration of justice.

**IT IS, THEREFORE, ORDERED** that 5:08CV52 and 5:08CV53 are hereby **CONSOLIDATED** for appeal.

**IT IS FURTHER ORDERED** that Civil Docket No.: 5:08CV52 is the lead case for purposes of L.Cv.R. 5.2.1(D).

Signed: July 3, 2008

Richard L. Voorhees
United States District Judge